# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| CHIRSTOPHER M. COOPER,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF COLUMBUS, ET AL.,<br><br>               Defendants. | Case No. 2:17-cv-00948<br><br>Judge George C. Smith<br><br>Magistrate Judge Elizabeth P. Deavers |

## MOTION TO MODIFY THE CASE SCHEDULING ORDER

Plaintiff hereby moves this Court, pursuant to Fed. R. Civ. P. 16(b) to modify the case scheduling order in this matter. The reasons in support of said Motion are contained in the Memorandum in Support, which is attached hereto and incorporated herein. **Defense counsel has indicated they will not oppose this motion**. An Entry is attached to this Motion for the convenience of the Court.

                                                                                                                Respectfully submitted,

                                                                                                              ***/s/Sean L. Walton, Jr.***
                                                                                                              Sean L. Walton, Jr. (0088401)
                                                                                                              swalton@waltonbrownlaw.com
                                                                                                              Chanda L. Brown (0081076)
                                                                                                              cbrown@waltonbrownlaw.com
                                                                                                              Walton + Brown, LLP
                                                                                                              395 E. Broad Street, Suite 200
                                                                                                              Columbus, Ohio 43215
                                                                                                              (614) 636-3476/Fax: (614) 636-3453

                                                                                             ***/s/Christopher M. Cooper***
                                                                                             Christopher M. Cooper (0028970)
                                                                                             ccooper4th@aol.com
                                                                                             Cooper & Pennington Co., LPA
                                                                                             3055 Cleveland Ave.

Columbus, OH 43224
(614) 447-0255/Fax: (614) 447-8672

*Attorneys for Plaintiffs*

## **MEMORANDUM IN SUPPORT**

This case arises from the October 29, 2015 death of Deaunte Bell-McGrew. The Complaint in this matter was filed October 26, 2017; he Preliminary Pretrial Order was filed on February 1, 2018; discovery cut off is currently set for October 12, 2018, and the Dispositive Motion Deadline is set for December 7, 2018. Both Plaintiff and Defendants have thus far cooperated in the discovery process. Plaintiff is requesting a continuance of the currently scheduled primary expert deadline of June 22, 2018 as well as the rebuttal expert deadline of August 17, 2018. Defense counsel has indicated that they are agreeable to a four week extension of these deadlines, as well as the responses to their discovery requests which were also due June 22, 2018.

Pursuant to Fed. R. Civ. P. 16(b), Plaintiff respectfully moves this Court for an Order modifying the primary expert designations deadline and rebuttal expert deadline in this matter. This is the first continuance.

Respectfully submitted,

***/s/Sean L. Walton, Jr.***
Sean L. Walton, Jr. (0088401)
swalton@waltonbrownlaw.com
Chanda L. Brown (0081076)
cbrown@waltonbrownlaw.com
Walton + Brown, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
(614) 636-3476/Fax: (614) 636-3453

                                            **/s/*Christopher M. Cooper***
Christopher M. Cooper (0028970)
ccooper4th@aol.com
Cooper & Pennington Co., LPA
3055 Cleveland Ave.
Columbus, OH 43224
(614) 447-0255/Fax: (614) 447-8672

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel of record by the court's electronic filing system, this 22nd day of June 2018.

Michael R. Halloran (0089093)
Andrew D.M. Miller (0074515)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street
Columbus, Ohio 43215
mrhalloran@columbus.gov
admmiller@columbus.gov

/s/ *Sean L. Walton*
Sean L. Walton (0088401)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF COLUMBUS, ET AL.,<br><br>    Defendants. | Case No. 2:17-cv-00948<br><br>Judge George C. Smith<br><br>Magistrate Judge Elizabeth P. Deavers |

## ORDER

The Court has before it the Plaintiff's Unopposed Motion to Modify the Case Scheduling Order. Having considered the Motion, the Court is of the opinion that it should be GRANTED. Upon application of the Plaintiff, and for good cause shown, the Clerk's Original Case Schedule is hereby amended as follows:

    Primary Expert Designations    July 20, 2018

    Rebuttal Expert Designations    September 14, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**