# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. COOPER,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF COLUMBUS, ET AL.,<br><br>   Defendants. | Case No. 2:17-cv-00948<br><br>Judge George C. Smith<br><br>Magistrate Judge Elizabeth P. Deavers |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of this action without prejudice.

Respectfully submitted,

/s/ Sean L. Walton
Sean L. Walton (0088401) - LEAD
Chanda L. Brown (0081076)
WALTON + BROWN, LLP
395 East Broad Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 636-3476
Facsimile: (614) 636-3453
Email: swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com
*Attorneys for Plaintiffs*

**/s/ Michael R. Halloran (per email auth.)**
Michael R. Halloran (0089093) - LEAD
Andrew D.M. Miller (0074515)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN CITY ATTORNEY
77 North Front Street
Columbus, Ohio 43215
mrhalloran@columbus.gov
admmiller@columbus.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th** day of July, 2018, a copy of this **Joint Stipulation of Dismissal** was filed electronically with the Clerk of this Court. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sean L. Walton*
Sean L. Walton (0088401)